UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

JUAN CARLOS RAMIREZ QUINTANILLA,

     Petitioner,

   v.

DLS OPLA,

     Respondent.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:26-cv-02783-SVW-JDE

JUDGMENT

Pursuant to the Order re: Summary Dismissal of Action,

IT IS ORDERED, ADJUDGED, and DECREED that this action is dismissed without prejudice.

Dated: June 24, 2026_____

_____
HON. STEPHEN V. WILSON
United States District Judge